PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-MC-00139-WBS-AC |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $30,000.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $165,172.25 IN NET PROCEEDS FROM THE SALE OF REAL PROPERTY LOCATED AT 16749 FORTY NINER TRAIL, LATHROP, CALIFORNIA, APN: 191-370-530-000, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and potential claimant

Timothy Chapin ("claimant"), by and through their respective counsel, as follows:

1.      On or about May 10, 2016, the Federal Bureau of Investigation ("FBI") seized the

defendant Approximately $30,000.00 in U.S. Currency pursuant to a Federal seizure warrant.  On or

about May 27, 2016, the FBI seized the defendant Approximately $165,172.25 in net proceeds from the

sale of real property located at 16749 Forty Niner Trail, Lathrop, California, APN: 191-370-530-000,

pursuant to a Federal seizure warrant (hereafter collectively "defendant funds").

2.      Under 18 U.S.C. §§ 983(a)(1)(A)(i)-(iv), and 983(a)(3)(A), the United States is required to

send notice to potential claimants, file a complaint for forfeiture against the defendant funds, or obtain an

1

indictment alleging that the defendant funds are subject to forfeiture within ninety days of seizure, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was August 8, 2016 for the Approximately $30,000.00 in U.S. Currency and August 25, 2016 for the Approximately $165,172.25 in net proceeds.

3.      By Stipulation and Order filed August 9, 2016, the parties stipulated to extend to November 7, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

4.      By Stipulation and Order filed November 8, 2016, the parties stipulated to extend to February 6, 2017, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to May 8, 2017, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

6.      Accordingly, the parties agree that the deadline by which the United States shall be

///
///
///
///
///
///
///
///
///
///
///

Stipulation and Order to Extend Time

required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to May 8, 2017.

Dated:   2/2/17

PHILLIP A. TALBERT
United States Attorney

By:    /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated:  2/1/17

/s/ Sean Riordan
SEAN RIORDAN
Attorney for claimant Timothy Chapin

(Authorized by email)

**IT IS SO ORDERED**.

Dated:  February 2, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Extend Time